UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**EDWARD LYNUM,**

      **Plaintiff,**

v.                                                  Case No:  5:19-cv-322-Oc-41PRL

**MICHELLE T. MORLEY, FIFTH
JUDICIAL CIRCUIT OF FLORIDA and
DANIEL B. MERRITT SR.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3). United States Magistrate Judge Philip R. Lammens issued a Report and Recommendation (Doc. 20), recommending that the motion be denied and the case be dismissed. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) is **DENIED**.

3. This case is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2019.



Copies furnished to:

Counsel of Record